248

PAPERS IN FILE
[None]

JAMES FRASER
v.
ALEXIS SERAT, DIT COQUILLARD
1811

JOURNAL ENTRIES
1. Declaration filed; plea; issue; continuance . . *Journal, infra,* *p. 359

PAPERS IN FILE
[None]